UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

INDIGO BLUE STUDIOS, INC.
d/b/a ANDY FRAME PHOTOGRAPHY,

    Plaintiff,

v.

WARNER BROS. ADVANCED DIGITAL
SERVICES, a division of WARNER BROS.
TECHNICAL OPERATIONS INC. and/or
WARNER BROS. ENTERTAINMENT INC.;
AOL INC.; ZILLOW INC.; DAILY MAIL AND
GENERAL TRUST PLC; PAGE2LIVE, INC.;
GOSSIPEXTRA, INC.; JOSE LAMBIET; AND
REALTY TODAY,

    Defendants.
_____/

**COMPLAINT FOR COPYRIGHT INFRINGEMENT AND PROVIDING FALSE
COPYRIGHT MANAGEMENT INFORMATION**

    Plaintiff, INDIGO BLUE STUDIOS, INC., a Florida corporation doing business as ANDY FRAME PHOTOGRAPHY, by and through undersigned counsel, brings this Complaint against defendants, WARNER BROS. ADVANCED DIGITAL SERVICES, a division of WARNER BROS. TECHNICAL OPERATIONS INC. and/or WARNER BROS. ENTERTAINMENT INC.; AOL INC.; ZILLOW INC.; DAILY MAIL AND GENERAL TRUST PLC; PAGE2LIVE, INC.; GOSSIPEXTRA, INC.; JOSE LAMBIET; AND REALTY TODAY, for damages and injunctive relief, and in support thereof states as follows:

    1.    This is an action arising under the Copyright Act, 17 U.S.C. §§ 501 and 1202.

    2.    This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

3. Defendants are subject to personal jurisdiction in Florida.

4. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and the Defendants are all subject to personal jurisdiction in this district.

## THE PLAINTIFF

5. INDIGO BLUE STUDIOS, INC., a Florida corporation doing business as ANDY FRAME PHOTOGRAPHY ("Indigo") provides high-end architectural photography services.

6. Andy Frame is Indigo's principal photographer and its founder. Mr. Frame specializes in creating stunning photographs for the architectural, interior design, superyacht, and luxury real estate industries. Indigo provides editorial and commercial architectural and interior photography for Builders, Architects, Interior Designers, Shipyards, Real Estate Professionals, Developers, Contractors, Manufacturers, Trade and Consumer Magazines, and Home Owners. Mr. Frame's images have been used for advertising campaigns, design portfolios, real estate marketing, corporate websites, brochures and sales materials, or to showcase a property or project. Indigo has developed a well deserved reputation as a trusted source for photographs of real estate in South Florida and beyond.

## DEFENDANTS

7. Warner Bros. Advanced Digital Services is a division of Warner Bros. Technical Operations Inc. and/or Warner Bros. Entertainment Inc. (collectively "WARNER"), and has offices at 4000 Warner Blvd., Burbank, CA 91522.

8. AOL Inc. ("AOL") is a Delaware corporation with offices at 770 Broadway, New

York, NY 10003.

9. Zillow Inc. ("Zillow") is a Washington corporation with offices at 1301 Second Ave., Seattle, WA 98101

10. Daily Mail and General Trust plc ("DMG") is a British corporation with offices at Northcliffe House, 2 Derry St., London W8 5TT, United Kingdom, and does business in the U.S. through its subsidiary DMG Information US, Inc. with offices at 3 Stamford Landing, Suite 400, 46 Southfield Avenue, Stamford, CT 06902.

11. Page2Live, Inc. and GossipExtra, Inc. are Florida corporations with offices at 1430 Treasure Cove Lane, Vero Beach, Florida 32963, that are owned and operated by Jose Lambiet (collectively "Lambiet").

12. Realty Today ("RT") is a business with offices at 33 Whitehall St., 7th Floor, New York, NY 10004.

## THE COPYRIGHTED WORKS AT ISSUE

13. Mr. Frame, while working for Indigo, took the copyrighted photographs at issue in this action attached as Exhibit A hereto and collectively referred to herein as the "Works."

14. The Works depict the home at 104 Lighthouse Drive, Jupiter, Florida.

15. All the Works were created by Frame as an employee of Indigo.

16. All the Works are protected by copyright.

17. Indigo registered the Works with the Register of Copyrights within three months of first publication. The application for registration was filed July 2, 2013 and assigned Case # 1-958411311.

18. Indigo licensed digital copies of the Works to a real estate agent pursuant to a written license that restricted use of the Works by the agent to the specific real estate listing for which the Works were created.

## INFRINGEMENT BY THE DEFENDANTS

19. In or about June of 2013, Indigo learned that the Defendants had copied and displayed the Works on the internet without permission.

20. Attached hereto as Exhibit B is a document showing twenty (20) of the Works displayed on the TMZ.com website at tmz.com/2013/05/21/olivia-newton-john-lists-florida-mansion/ which is owned or controlled by Defendant Warner.

21. Attached hereto as Exhibit C is a document showing twelve (12) of the Works displayed on the realestate.aol.com website at http://realestate.aol.com/blog/2013/05/21/olivia-newton-john-florida-home/ which is owned or controlled by Defendant AOL.

22. The Works displayed on the realestate.aol.com website were placed there by Zillow. Zillow is identified as the author of numerous blog posts at realestate.aol.com featuring celebrity real estate gossip. AOL identifies Zillow as a "Content Partner" and "Associate Blogger" at www.realestate.aol.com/blog/about-us/.

23. Attached hereto as Exhibit D is a document showing twelve (12) of the Works displayed on the dailymail.co.uk website at http://www.dailymail.co.uk/tvshowbiz/article-2328619/Olivia-Newton-John-puts-Florida-estate-market-6-2m--spending-2m-renovations.html which is owned or controlled by Defendant DMG.

24. Attached hereto as Exhibit E is a document showing fifteen (15) of the Works displayed on the http://gossipextra.com/2013/05/21/olivia-newton-john-florida-house-for-sale-

2605/ website which is owned or controlled by Defendant Lambiet.

25.     Attached hereto as Exhibit F is a document showing fourteen (14) of the Works displayed on the reatytoday.com website at http://www.realtytoday.com/articles/4366/20130522/olivia-newton-john-lists-florida-home-6-2-million-photos.htm#page6 which is owned or controlled by Defendant RT.

26.     Neither Indigo nor Frame ever gave Defendants permission or authority to copy or display the Works.

### PROVIDING FALSE COPYRIGHT MANAGEMENT INFORMATION BY THE DEFENDANTS AOL AND ZILLOW

27.     When Zillow placed the Works on the realestate.aol.com website at http://realestate.aol.com/blog/2013/05/21/olivia-newton-john-florida-home/ it attributed the Works to "Zillow."

28.     As Exhibit C shows, photo credit reading "Zillow" appears beneath one of the Works on http://realestate.aol.com/blog/2013/05/21/olivia-newton-john-florida-home/.  After the jump, a slideshow of the Works also contains a caption that reads "Photo: Zillow" beneath each of the Works.

29.     Neither Indigo nor Frame ever gave AOL or Zillow permission or authority to claim rights to the Works.

30.     Plaintiff has engaged the undersigned attorneys and has agreed to pay them a reasonable fee.

## COUNT I
## COPYRIGHT INFRINGEMENT
## AGAINST ALL DEFENDANTS

31. Plaintiff Indigo incorporates the allegations of paragraphs 1 through 30 of this complaint as if fully set forth herein.

32. Indigo owns valid copyrights in the Works.

33. Indigo has filed an application for copyright registration of the Works with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

34. Defendants copied and displayed the Works and made derivatives of the Works without Indigo's authorization in violation of 17 U.S.C. § 501.

35. Indigo has been damaged.

36. The harm caused to Indigo has been irreparable.

## COUNT II
## PROVIDING FALSE COPYRIGHT MANAGEMENT INFORMATION
## AGAINST ZILLOW AND AOL

37. Plaintiff Indigo incorporates the allegations of paragraphs 1 through 30 of this complaint as if fully set forth herein.

38. The Works on realestate.aol.com contain false copyright management information.

39. Zillow knowingly, and with the intent to induce, enable, facilitate or conceal copyright infringement, provided false copyright management information in violation of 17 U.S.C. § 1202(a).

40. AOL knowingly, and with the intent to induce, enable, facilitate or conceal copyright infringement, provided false copyright management information in violation of 17

U.S.C. § 1202(a).

41. Indigo has been damaged.

42. The harm caused to Indigo has been irreparable.

WHEREFORE, the Plaintiff Indigo prays for judgment against the Defendants that:

a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501 and 1202;

b. During the pendency of this lawsuit Defendants be required to recall from all recipients thereof and to deliver to the Plaintiff all copies of the Works and to account to the Plaintiff for the extent of the infringement;

c. During the pendency of this lawsuit the Court to order the impounding, on such terms as it deems reasonable, of all copies of the Works in the possession, custody and control of the Defendants;

d. Defendants be required to pay Plaintiff its actual damages or statutory damages as provided in 17 U.S.C. §§ 504 and 1203;

e. Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

f. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED:  July 8, 2013

                                        Schneider Rothman Intellectual Property Law Group PLLC
                                        PO Box 812182
                                        Boca Raton, FL 33481-2182
                                        Tel:  561-404-4350
                                        Fax: 561-404-4353
                                        Attorneys for Plaintiff

                                        By:   /s/ Joel B. Rothman
                                                    Joel B. Rothman
                                                    Florida Bar No. 98220
                                                    joel.rothman@sriplaw.com
                                                    Jerold I. Schneider
                                                    Florida Bar No. 0026975
                                                    jerold.schneider@sriplaw.com